Best REI Funding
1794 E. Allouez Ave. #258
Green Bay, WI 54311

Renovo Capital Second Position
C/O Best REI Funding
1794 E. Allouez Ave. #258
Green Bay, WI 54311

Foremost Insurance
5600 Beech Tree Lane
Caledonia, MI 49316

Cory Prokop
1404 W. Mineral
Milwaukee, WI 53204

Joanthan Maueles
1226 S. 21st lower
Milwaukee, WI 53204

Jose Cruz
1226 S. 21st upper
Milwaukee, WI 53204

Katatherine Cruz
2309 W. Mitchell
Milwaukee, WI 53204

Stacy Green
2311 W. Mitchell
Milwaukee, WI 53204

Erik Corro
1312 S. 61st
West Allis, WI

Jeffry Parker
1226 S. 21st
Milwaukee, WI 53204

Nick Catania
1226 S. 21st
Milwaukee, WI 53204

Terminex
2325A Parklawn Drive
Waukesha, WI 53186

City of Milwaukee
Milwaukee Water Works
P.O. Box 3268
Milwaukee, WI 53201-3268

Walter Thomas - Subcontractor
1950 South 7th Street
Milwaukee, WI 53204

WE Energies Utility company
P.O. Box 6042
Carol Stream, IL 60197-6042

City of Milwaukee Real Estate
Office of City Treasurer City Hall
 200 E. Wells Street Room 103
Milwaukee, WI 53202

City of West Allis Real Estate Taxes
City Hall
7525 W. Greenfield Ave.
West Allis, WI 53214